IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DAROSKY DERRELL FORD**                                                                          **PLAINTIFF**

**v.**                                           **No. 4:20CV211-DAS**

**MDOC, ET AL.**                                                                        **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the instant case is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g).

**SO ORDERED**, this, the 16th day of April, 2021.

                                                                                     /s/ David A. Sanders
                                                                                     DAVID A. SANDERS
                                                                                     UNITED STATES MAGISTRATE JUDGE